COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## NOTICE TO TRIAL-COURT CLERK
## REGARDING AFFIDAVIT OF INDIGENCE
## FILED IN COURT OF APPEALS

Appellate case name:      Theola Robinson v. The Walt Disney Company; ABC Television Network, Inc.; CC Texas Holding Co., Inc.; and KTRK Television, Inc.

Appellate case number:    01-14-00880-CV

Trial court:              234th District Court of Harris County

Trial court case number:    2011-54895

On December 4, 2014, appellant, Theola Robinson filed in this Court an Affidavit of Inability to Pay Costs. Appellant mistakenly filed the affidavit in this Court instead of in the trial court. *See* TEX. R. APP. P. 20.1(c)(1).

The affidavit is being sent to the trial-court clerk as an attachment to this notice. The trial-court clerk is instructed to note the date the affidavit is received in the trial court, but *file* the affidavit effective as of the date the affidavit was filed in this Court, **December 04, 2014**. *See* TEX. R. APP. P. 25.1(a). A copy of the affidavit is also on file with this Court.

The trial-court clerk must promptly send a copy of the affidavit to the appropriate court reporter. *See* TEX. R. APP. P. 20.1(d)(1). Any contest to the affidavit, including a claim that the affidavit was not timely filed, is due to be filed in the trial court ten days after the affidavit is *received* by the trial-court clerk. *See* TEX. R. APP. P. 20.1(e) (time for contest); *see also Higgins v. Randall County Sheriff's Office*, 193 S.W.3d 898, 899B900 (Tex. 2006) (holding untimely filed affidavit was nonetheless valid unless contest to affidavit is sustained by trial court); TEX. R. APP. P. 20.1(c)(1) (time for filing affidavit in appeal).

If no contest to the affidavit is filed, the trial-court clerk must promptly notify this Court. If a contest is filed, then the trial-court must promptly prepare, certify, and file in this Court a clerk's record containing the final judgment, notice of appeal, affidavit of indigence, contest(s) to the affidavit of indigence, the trial court's signed order extending the time for conducting a hearing on the contest (if any), the trial court's signed order sustaining the contest(s) to the affidavit of indigence, and any other documents directly related to the affidavit of indigence. *See*

TEX. R. APP. P. 34.5(c)(1). If any party requests that hearing related to the contest be transcribed, then the court reporter must promptly prepare, certify, and file in this Court a reporter's record containing all relevant documents relating to the contest. The trial-court clerk and/or reporter must file the required notice, record, or status report no later than **January 19, 2015.**


Clerk's signature: /s/ <u>Christopher A. Prine</u>
Clerk of the Court


Date: December 29, 2014

*01-14-00880-CV*

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

DEC - 4 2014

CHRISTOPHER A. PRINE
CLERK

## NO 2011-54895

IN THE INTEREST OF

§ IN THE 1ST COURT OF APPEAL

§

§ JUDICIAL DISTRICT

§

§ COUNTY, TEXAS

STATE OF TEXAS

COUNTY OF HARRIS

### AFFIDAVIT OF INABILITY TO PAY COSTS

BEFORE ME, the undersigned authority, on this day personally appeared _____

Theola Robinson _____ who being by me duly sworn, on oath state:

My income, resources, and expenses are set out in the schedule below:

Monthly Income:        Source or Description

a) Public Benefit  Retirement 1,994.
b) Net Employment_____
c) Other Income_____  SSI  800
d) Spouse Income  None__
(if available)

Number of Dependents: 2 special need son, one grandson.
Property:
a) Cars or Trucks (Year/Make):

b) A 2000 Ford van

Affidavit of Inability to Pay Costs

b) Checking and/or Savings Account: Monthly
Bank:                      Amount:$ 50.00 -------------------

    c) Cash: $ 20.00

Other Property: (exclude homestead)  None

Expenses:

Rent/Mortgage 0               Food: 220.
Car Payment:  0             Child Care: 0
Transportation:  50.00      Medical /dental   175.00
Insurance:       60.00        Utilities:       975.00
Clothing/Laundry: 150.00    Other:  life insurance 444.00
Other insurance   500.

Debts and child support obligations (exclude house and automobile):

Creditor:                Monthly Payment:
                                                    Total: $ 2,594.00

Presently I have no creditors _____ _
1.
2. _____
3._____
4._____
5._____

I  am unable to pay the court costs in this cause. I  verify that the statements made in this affidavit are true and correct. When the school close I lost my job and my son was stricken with heart problems and stroke.
Affiant _____ _Mweda Kohnen_____

SUBSCRIBED AND SWORN TO BEFORE me, on this day of 12/03/2014

MARIA TERESA REYES
Notary Public, State of Texas
My Commission Expires
November 25, 2017

_____
Notary Public of Texas

My commission expires:
November 25, 2017

Affidavit of Inability to Pay Costs                                 2

THERESA ROBINSON
5505 JENSEN DRIVE
P.O. BOX 21535
HOUSTON, TEXAS 77026

RETURN RECEIPT
REQUESTED

FIRST C
HO

DEC – 4 2014

CHRISTOPHER A. PRINE
CLERK



CERTIFIED MAIL™

7012 3050 0000 6478 8777

UNITED STATES
POSTAL SERVICE

1000

77002

U.S. POSTAGE
PAID
HOUSTON, TX
77026
DEC 03. 14
AMOUNT
$6.49
0008 1431–1

FIRST COURT OF APPEALS
301 FANNIN STREET
HOUSTON, TEXS 77002-2066

7700320066 0016